UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD POMPA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AMERICA ONLINE (AOL);<br>1000 DOES,<br><br>　　　　Defendants. | Case No. EDCV 07-1634-SGL (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

IT IS ORDERED that the Judgment be entered (1) approving and adopting this Report and Recommendation; (2) denying Plaintiff's Motion for Leave to Amend the First Amended Complaint;(3) granting Defendant's Motion to Dismiss the First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6); (4) denying Defendant's anti-SLAPP Motion to Strike the First Amended Complaint as moot; and (5) directing that Judgment be entered dismissing this action with prejudice.

DATED: 6-18-08

HONORABLE STEPHEN G. LARSON
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge