JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD POMPA,<br><br>        Plaintiff,<br><br>   vs.<br><br>AMERICA ONLINE (AOL);<br>1000 DOES,<br><br>        Defendants., | Case No. EDCV 07-1634-SGL (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

///
///
///

IT IS ADJUDGED that the Judgment be entered (1) approving and adopting this Report and Recommendation; (2) denying Plaintiff's Motion for Leave to Amend the First Amended Complaint;(3) granting Defendant's Motion to Dismiss the First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6); (4) denying Defendant's anti-SLAPP Motion to Strike the First Amended Complaint as moot;  and (5) directing that Judgment be entered dismissing this action with prejudice.

DATED: 6-18-08

HONORABLE STEPHEN G. LARSON
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge